# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WORLD WIDE REGISTRATION SYSTEMS, INC. d/b/a EXPO LOGIC,<br><br>                Plaintiff,<br><br>      v.<br><br>ASIS INTERNATIONAL, INC.,<br><br>                Defendant. | CIVIL ACTION<br><br>NO. 17-cv-05729-CDJ |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff World Wide Registration Systems, Inc., by and through its undersigned counsel, voluntarily dismisses this action with prejudice.

**BLANK ROME LLP**

Dated: May 31, 2018

/s/ Ethan M. Simon
Jason A. Snyderman
Identification No. 80239
Ethan M. Simon
Identification No. 318633
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Tel.: (215) 569-5358
Fax: (215) 832-5358
Snyderman@blankrome.com
*Attorneys for Plaintiff,*
*World Wide Registration Systems, Inc.*
*d/b/a Expo Logic*

## CERTIFICATE OF SERVICE

    I, Ethan M. Simon, hereby certify that on May 31, 2018, I caused the foregoing Notice of Dismissal with Prejudice to be served on the following via email:

Stephen J. Shapiro, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
*Counsel for Defendant*

                                            /s/ Ethan M. Simon
                                            Ethan M. Simon